# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVINDER SINGH MANANI, ) | CV F 05 0571 OWW LJO HC |
| ) | CV F 05 0553 REC SMS HC |
| Petitioner, ) | |
| ) | ORDER TO RE-FILE EXISTING |
| v. ) | PAPERWORK IN CASE NO. "CV F 05 0571 |
| ) | OWW LJO HC" INTO CASE NO. "CV F 05 |
| JOHN ASHCROFT, Attorney General, ) | 0553 REC SMS HC" |
| et al., ) | |
| ) | ORDER TO ADMINISTRATIVELY CLOSE |
| Respondents. ) | CASE NO. "CV F 05 0571 OWW LJO HC" |

Petitioner is a detainee of the Bureau of Immigration and Customs Enforcement ("ICE") proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On April 25, 2005, Petitioner filed a petition for writ of habeas corpus. The case was assigned Case No. "CV F 05 0553 REC SMS HC." On April 28, 2005, Petitioner filed a duplicate petition for writ of habeas corpus. A new case was opened and assigned Case No. "CV F 05 0571 OWW LJO HC." On June 1, 2005, Petitioner filed a notice with the Court stating he had not intended to file the second petition as a new petition; the second petition was sent in support of other documents he had mailed for Case No. "CV F 05 0553 REC SMS HC."

Accordingly, the Court HEREBY ORDERS that:

1.    The Clerk of the Court SHALL RE-FILE the existing paperwork in Case No.

1        "CV F 05 0571 OWW LJO HC" into Case No. "CV F 05 0553 REC SMS HC";

2    2.   The Clerk of the Court SHALL ADMINISTRATIVELY CLOSE Case No.

3        "CV F 05 0571 OWW LJO HC."

4    Petitioner is advised that pursuant to Local Rule 7-132, documentation submitted to the Court should be in caption form and include the appropriate case name and number.

6 IT IS SO ORDERED.

7 **Dated:   June 2, 2005**            /s/ Lawrence J. O'Neill
  b9ed48                               UNITED STATES MAGISTRATE JUDGE