UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVINDER D. MANANI, ) | | 1:05-cv-00553-REC-SMS-HC |
| ) | | |
| Petitioner, ) | | **ORDER ADOPTING FINDINGS AND** |
| ) | | **RECOMMENDATIONS** (Doc. 11) |
| v. ) | | |
| ) | | **ORDER GRANTING MOTION** |
| JOHN ASHCROFT, et al., ) | | **TO DISMISS** (Doc. 9) |
| ) | | |
| Respondents. ) | | **ORDER DISMISSING ACTION** |
| ) | | **AS MOOT** |

   Petitioner is detained by the Bureau of Immigration and Customs Enforcement, and is proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

   On August 10, 2005, the Magistrate Judge filed Findings and Recommendations that the Motion to Dismiss the Petition for Writ of Habeas Corpus be GRANTED, and the case be DISMISSED as MOOT.  These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  To date, the parties have not filed timely objections to the Findings and Recommendations.

//

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 10, 2005, are ADOPTED IN FULL;

2. Respondents' Motion to Dismiss, filed July 1, 2005, is GRANTED; and,

3. This action is DISMISSED as MOOT.

IT IS SO ORDERED.

**Dated:  September 19, 2005**              /s/ Robert E. Coyle
668554                                      UNITED STATES DISTRICT JUDGE